In the Matter of K & K LEASING CORPORATION, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Defendants.

MICHAEL GATTO, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*George G. Lake* for motion.
*Joseph Ferber* opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.